# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **RONNIE LEE MC DANIEL,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION and IC3,**<br><br>Defendants. | **ORDER ADOPTING AND AFFIRMING REPORT AND RECOMMENDATION**<br><br>Case No. 2:09CV677DAK |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On December 11, 2009, Magistrate Judge Alba issued an order requiring Plaintiff to file an amended complaint that meets the pleading requirements. Plaintiff did not file an amended complaint. On January 25, 2010, Magistrate Judge Alba issued a Report and Recommendation, recommending that Plaintiff's case be dismissed for failure to file an amended complaint and failure to state a claim on which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within ten days of receiving it. The time for filing an objection has passed, and Plaintiff has filed no objection to the Report and Recommendation.

Since the passing of the deadline for objections to be filed, the court has reviewed the file *de novo.* The court fully agrees with the analysis contained in Magistrate Judge Alba's

December 11, 2009 Order and his January 25, 2010 Report and Recommendation. Therefore, the court approves and adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's complaint is DISMISSED.

DATED this 18th day of February, 2010.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge